# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LESLY DESPEIGNE,<br><br>      Plaintiffs,<br><br>vs.<br><br>LAS VEGAS RESTAURANT, LLC,<br><br>      Defendant. | 2:18-cv-01067-RFB-CWH<br><br>**ORDER** |

Before the court is Defendant's Motion to Continue Early Neutral Evaluation Session (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Continue Early Neutral Evaluation Session (ECF No. 17) is GRANTED. The Early Neutral Evaluation Session scheduled for October 1, 2018, is VACATED and RESCHEDULED to 10:00 AM, November 20, 2018. All else as stated in the Order (ECF NO. 9) remains unchanged.

DATED this 14th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE